BEFORE: STEVEN I. LOCKE	DATE: 10/16/2014
UNITED STATES MAGISTRATE JUDGE	TIME: 9:30 am

## CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET No. CR 14-208(ADS) (SIL) USA v. Shahrad Rodi Lameh**

**DEFENDANT: Shahrad Rodi Lameh**     **DEF. #** 2
✓ Present   ❏ Not Present   ❏ Custody   ✓ Bail/Surrender

**DEFENSE COUNSEL**: Joseph Conway
❏ Federal Defender   ❏ CJA   ✓ Retained

**A.U.S.A.**: Charles Kelly

INTERPRETER: --

PROBATION OFFICER/PRETRIAL: _____

COURT REPORTER/FTR LOG: 9:36-9:58     MAGISTRATE DEPUTY:
                                             KMG

✓ Case called   ✓ Counsel for all sides present

✓ Defendant is sworn, arraigned, informed of his rights, and waives trial before District Court

✓ Defendant enters a Plea of Guilty to Count(s) 1 and 37 of the Indictment

✓ Court finds a factual basis for the plea and accepts it

Sentencing:   ✓ Set for   2/27/2015 @ 9:30 am   before Judge   Spatt
              ❏ To be determined/set by probation

Defendant:   ❏ Continued in Custody
             ✓ Bail Set/Continued

✓ Transcript ordered

OTHER: Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Locke, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.