**From:** Rodi Lameh rodilameh1_at_gmail.com-12700@outboundsend.com
**Subject:** How to Care for Your Lawn and Garden This Fall
**Date:** Today at 11:04 AM
**To:** sscully36@yahoo.com





## Rodi Lameh

Owner - Trinity Capital Construction

**OFFICE:** 888 532 0274    **FAX:** 888 351 3274

**EMAIL:** rodilameh1@gmail.com

**ADDRESS:** 236 Fulton Ave  Suite 217  Hempstead, NY  11550

 REFER A FRIEND      REQUEST AN ESTIMATE      MAKE AN APPOINTMENT





LAWN AND GARDEN MAINTENANCE FOR FALL

Keeping your home's outdoor space looking beautiful requires work in every season. A fall task list to ensure a healthy lawn and productive garden can be lengthy, ranging from leaf removal and grass cutting to planting and fertilizing. Grab your gardening gloves and get to work with the help of this organized breakdown.

**Lawn Maintenance**

Different grasses require different care once cooler temperatures set in. But as long as your grass is growing, continue mowing. Once leaves begin to fall, rake them up, compost them or use a mulching mower that shreds them into small pieces. Letting them accumulate on the lawn indefinitely can trap moisture, which can be detrimental to the grass.

Fall is also the prime period for aerating cool-season grasses like fescue, bluegrass and rye. This one-day chore loosens compacted soil and promotes healthy root development. Applying winterizing fertilizer after aeration can encourage hardiness.

**Landscaping**

Plant trees and shrubs in the fall, but make sure you get started earlier in the season. Root systems continue expanding while the soil is still warm, setting a newly planted tree up nicely for winter growth in time for spring foliage.

If you want to improve your home's curb appeal, colorful flowers such as irises, tulips and daffodils should be planted in the fall.

**Gardening**

Some vegetables grow well in cooler autumn and winter temperatures. However, successfully growing crops like radishes, leaf lettuce and spinach is highly dependent on the timing of the year's first frost, so do some research before you plant.

Think you're out of luck since you don't have a lot of space? Fall harvests are still within reach thanks to container gardens. Planting in pots allows you more control over the soil, plus you can move them inside when the frost hits.

*Thanks for checking out my newsletter, be sure to follow me on social media as well!*

*Rodi Lameh*

Designed and Delivered By OutboundEngine, Inc.
Don't want to get these emails anymore? Unsubscribe here. Problem viewing email? View online version.



### How Green Roofs Can Benefit Homeowners (5)

**Rodi Lameh** <rodilameh1_at_gmail.com-12700@outboundsend.com>   Jul 14 at 11:14 AM
To sscully36@yahoo.com

**Rodi Lameh**
Owner - Trinity Capital Construction

OFFICE: 888 532 0274    FAX: 888 351 3274
EMAIL: rodilameh1@gmail.com
ADDRESS: 236 Fulton Ave  Suite 217  Hempstead, NY  11550

 REFER A FRIEND     REQUEST AN ESTIMATE    



IS A GREEN ROOF RIGHT FOR YOU

Few homeowners get excited when it's time to consider roof replacement. But what if you colors instead of shingle colors? Green roofs are trending in construction this year. What roof, and is it really a roofing option for residences? Here's an overview of this eco-friend

**Green Roof Basics**
Green roofs, also known as living roofs, use vegetation rather than traditional roofing mat



### Adding Beneficial Critters to Your Garden

**Rodi Lameh** <rodilameh1_at_gmail.com-12700@outboundsend.com>   Jul 28 at 11:14 AM
To sscully36@yahoo.com

**Rodi Lameh**
Owner - Trinity Capital Construction

OFFICE: 888 532 0274    FAX: 888 351 3274

EMAIL: rodilameh1@gmail.com

ADDRESS: 236 Fulton Ave  Suite 217   Hempstead, NY  11550

REFER A FRIEND          REQUEST AN ESTIMATE





When you're faced with an organic problem in the garden, do you reach for a chemical solution? insecticide to get rid of one pest can often kill others that are helpful. Not all insects eat your birds eat your tomatoes. Have nature work for you by finding the right critters to invite into

**Insects**
Most know that earthworms are good for the soil, but what about other options? Insects o



**Rodi Lameh**

Owner - Trinity Capital Construction

OFFICE: 888 532 0274    FAX: 888 351 3274

EMAIL: rodilameh1@gmail.com

ADDRESS: 236 Fulton Ave  Suite 217   Hempstead, NY  11550

 REFER A FRIEND    REQUEST AN ESTIMATE



HOW TO GET YOUR HOME READY

Will your house be ready for the changing season? Preparing your home and yard ahea[d] gives you the advantage. Here are six important tasks to tackle before Labor Day rolls aro[und].

**Care for the trees --** Removing dead limbs in late summer when the weather is nice can [prevent] damage during winter storms. If your trees need pruning, wait until winter when they're la[ter]. do more harm than good by distributing fungi spores to other trees.





### 4 Creative Solutions for Underused Spaces (6)

**Rodi Lameh** <rodilameh1_at_gmail.com-12700@outboundsend.com>   Aug 25 at 11:10 AM
To sscully36@yahoo.com

# Rodi Lameh
Owner - Trinity Capital Construction

OFFICE: 888 532 0274      FAX: 888 351 3274

EMAIL: rodilameh1@gmail.com

ADDRESS: 236 Fulton Ave  Suite 217   Hempstead, NY  11550

REFER A FRIEND    REQUEST AN ESTIMATE



## HOW TO MAXIMIZE EXTRA ROOM

No matter their size, most homes have at least one area that's underutilized or collecting odd space under the stairs, an awkward corner in a large room or even an empty bedroo something you and your family can benefit from. Here are four common wasted spaces a them to use: